**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOVERNMENT ACCOUNTABILITY & OVERSIGHT,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,**<br><br>**Defendants.** | **Case No. 26-cv-03115 (APM)** |

**ORDER**

Plaintiff filed this Freedom of Information Act (FOIA) action on September 4, 2026. *See* Compl., ECF No. 1. Defendants filed an answer on October 5, 2026. *See* Defs.' Answer, ECF No. 4. Cases filed under FOIA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* LCvR 16.3(b)(10).

Accordingly, it is hereby ordered that the parties shall meet and confer and file a Joint Status Report on or before October 22, 2026. The Joint Status Report should address, among other things, (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

Counsel shall not contact chambers directly concerning scheduling or other matters, as chambers personnel will not handle questions relating to the status or scheduling of pending

matters, except in case of an emergency. In an emergency, chambers can be reached at 202-354-3250.

Dated: October 7, 2026

Amit P. Mehta
United States District Judge