THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.

Defendant.

Civil Action No. 26-3115 (APM)

**JOINT STATUS REPORT**

Pursuant to the Court's October 7, 2026, Order, the parties, by and through undersigned counsel, submit this Joint Status Report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The Court's prior Order required the parties to file a Joint Status Report on or before October 22, 2026, addressing "(1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule."

Accordingly, at this time, Defendants report that for request number 070620267047, three responsive pages were identified and processing of those pages is anticipated to be complete by close of business on October 21, 2026. And as for request number 070720267008, 24 pages were recovered and processing is anticipated to be complete by October 23, 2026. As such, no *Open America* stay is anticipated and the parties propose that a briefing schedule is premature until

Plaintiff has had sufficient time to review Defendants' productions. Thus, the parties respectfully request that they file a Joint Status Report on or before November 16, 2026, to update the Court on the status of this case.

Dated: October 21, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*

*/s/ Matthew D. Hardin*
Matthew D. Hardin, DC Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
MatthewDHardin@gmail.com