THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*

Defendant.

Civil Action No. 26-3115 (APM)

**JOINT STATUS REPORT**

Pursuant to the Court's October 22, 2026, Order, the parties, by and through undersigned counsel, submit this Joint Status Report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The Court's prior Order required the parties to file an additional Joint Status Report by November 16, 2026, which advises whether all responsive records have been produced and, if so, whether any disputed issues remain. Previously, Defendants reported that for request number 070620267047, three responsive pages were identified and processing of those pages was anticipated to be complete by close of business on October 21, 2026. However, Plaintiff has advised that he has not received the aforesaid pages, and the undersigned counsel is currently searching for information regarding the status of those pages. And as for request number 070720267008, Defendant previously reported 24 pages were recovered and processing was anticipated to be complete by October 23, 2026. Plaintiff is in receipt of these 24 pages. Thus, the parties respectfully request that they file a Joint Status Report on or before November 20, 2026, to update the Court on the status of this case.

Dated: November 16, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/* ________________________________________

FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*