THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*<br><br>Defendant. | Civil Action No. 26-3115 (APM) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's November 17, 2026, Order, the parties, by and through undersigned counsel, submit this Joint Status Report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The Court's prior Order required the parties to file an additional Joint Status Report by November 20, 2026, which advises whether all responsive records have been produced and, if so, whether any disputed issues remain. Previously, Defendants reported that for request number 070620267047, three responsive pages were identified and processing of those pages was anticipated to be complete by close of business on October 21, 2026. However, Plaintiff had advised that he has not received the aforesaid pages. The undersigned counsel for Defendants checked into the status of those pages, and has now verified that the actual number of pages at issue for request number 070620267047 was two, and not three. Furthermore, the undersigned counsel for Defendants has confirmed that the two responsive pages have been produced to Plaintiff.

Accordingly, the parties respectfully request that they file a Joint Status Report on or before January 15, 2027, to update the Court on the status of this case.

Dated: November 20, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*

/s/ Matthew D. Hardin
Matthew D. Hardin, DC Bar No. 1032711
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
MatthewDHardin@gmail.com

*Attorney for Plaintiff*